# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Miss L Powers

("L" is My Legal Name)

Write the full name of each plaintiff.

-against-

Metropolitan Transportation Authority [MTA]

And

Department of Social Services [DSS]

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

_____CV_____

(Include case number if one has been assigned)

## COMPLAINT

Do you want a jury trial?
☑ Yes    ☐ No

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑   **Federal Question**

☐   **Diversity of Citizenship**

### A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?
- MTA's Own Advertising Policy On Commercial Misrepresentation
- Amendments 1, 4, 14 of the U.S. Constitution,
- Fed. Law 42 USC 1983, ADA Act Sec. 504, 18 U.S.C. Chapter 47
- Consumer Protection-, False Advertising-, Federal Trade commission Act Violations

### B.   If you checked Diversity of Citizenship

#### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff , _____ , is a citizen of the State of
     (Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
                    (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or
subject of the foreign state of

_____ .

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____ .

If more than one defendant is named in the complaint, attach additional pages providing
information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional
pages if needed.

| L | | Powers |
|---|---|---|
| First Name | Middle Initial | Last Name |

**40 Ann Street**

Street Address

| N.Y. | | NY | 10038 |
|---|---|---|---|
| County, City | | State | Zip Code |

| 646 -788 -6904 | Maverick.Powers.10@gmail.com |
|---|---|
| Telephone Number | Email Address (if available) |

## B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

Janno                          Lieber

First Name                     Last Name

Chair And CEO MTA

Current Job Title (or other identifying information)

2 Broadway

Current Work Address (or other address where defendant may be served)

New York,                      New York          10004

County, City                   State             Zip Code

Defendant 2:

Erin                           Dalton

First Name                     Last Name

Commissioner of the Department of Social Services

Current Job Title (or other identifying information)

150 Greenwich Street, 40th Floor

Current Work Address (or other address where defendant may be served)

New York                       New York          10007

County, City                   State             Zip Code

Defendant 3:

n/a

First Name                     Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                   State             Zip Code

Defendant 4:    n/a

First Name                          Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                          State                    Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence:  Manhattan, N.Y.C.

Date(s) of occurrence:  November-December 2025 to January 2026 up until April 2026

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

1. Attached 12 Pages.  2. Reddit Online Platform Complaints By The Public, Media Articles & Video Will Be Used To Show The Devastating Affect The Largest Transport Service in the USA and World Has On The Public Per Their New Mainly Digital Payment System For Tourists, Disabled, Students, All General Public On Buses, Subway, LIRR, SIR, Metro-North, etc ... 3. MTA Promised A Smooth Transition From Metrocard To OMNY by January 2026 And Failed. Subway Ads, Video, Media Violate Amendment 1 Commercial Speech & More. The New Digital Transit Syustem called OMNY Did Away With The Unlimited Payment Option.  Instead It Offers Dysfunctional, Stressful Services Like Delayed Billing, Lack Of Transparency, Failed Taps, Balance Issues & More Leading To Fare Evasion, Jail Time (3 Hours) While MTA Hiked The Fares & Survaillance Us Without Consent (Which Operates Just Fine). MTA Intentionally Is Taking In More Money, Using OMNY as a Money Grab, Denies The Public At Larges' Criticsm --

Page 5

Tech Bros Too -- Is In Violation Of Amends 4, 14, False Advertising & Consumer Protection Acts, 42 USC 1983, ADA Sec 504, Civil Rights & Fed Trade Commish Acts & Their Own MTA Ad Policy on Commercial Misrepresentation. They Claimed The Discounted Fares Program By DSS For Poor, Disabled & Seniors Worked When It Did Not. MTA Forced All Of New York Into A Vulnerable, Daily Unreliable, Situation Creating Physical & Pychological Dispair, Extreme Unhappiness, Money Loss, Loss Of Movement In Going Places, Stress Day & Night On Purpose. MTA Claims 2024 Lost Money Due To Fare Evasion When The Govt Let In Too Many People And Streets, Hotels Were Flooded With The Largest Group Of Illegal Immigrants. This is An Emergency. Sent Notice Of Claim Letters On February 06, 2026 For Free Changes. Cant Crawl Under Turnstyle Anymore.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

DSS Lied Saying I Didn't Have Fair Fares Program. OMNY Difficult With Fare Caps Wanting Us To Keep Track Of Every Transaction. Free Rides Failed. Had Economic, Psychological, Emotional, Physical Harm In OMNY Intentionally Botched Transfer Every Day 2026 Since End Last Year 2025 Where Had To Crawl Like An Animal Because OMNY Does Not Work As Said For All Nor Like Metrocard's Unlimited Payment Did. Fare Evasion? MTA Horrible Output Services. It's Their Negligent Tech Service Causing Evasion, Discrimination OMNY IsNegligent Payment System Had To Lose Alot Of Myself, Quality Life, Less Work, Stress, Went Jail My Handcuffed Privates Checked Alot?

NO LAWYER ALLOWED, NO MIRANDA RIGHTS,

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

1. $46 Million, 2. Unlimited Monthly, Weekly, Daily $2 For All, 3. $1 Fare Fares For All
4. Fines, Jail Dropped For All, 5. Free Service For All For 6 Months, 6. No Survaillance,
   * ALL 2026 ✗P
7. Free WiFi, 8. No Fee On LIRR Etc & Usable For 7 Days, 9. Students Get Real Cards,
10. Design Changes To Yellow With Red Apple For Students, Yellow With Blue Statue Liberty For All, BIG FONT 11. Gates Electronically Open, No Beeps, 12. Only Audio STOPS Announcements AND TEEN ANTI-SURFING DURING SCHOOL HOURS 2x/DAY
13. MACHINE CARDS $3: ULTRA PINK W/ LIPSTICK RED, LAWN GREEN WITH PIZZA AND ORANGE CARD WITH COCKROACH, 14. MORE SAFETY BARS ON PLATFORMS, 15. MORE STEEL BENCHES & REMOVE WOODEN, 16. MODERN PLATFORMS UNION SQUARE, 42ND, NOTILE, 17. ONLINE MERCH SHOP 18. MORE DIGITAL SCREENS W/ TIME, DELAYS, ROUTES ✗P

Page 6

IV.  RELIEF CONTINUED

19.  DITCH MOPS, PRESSURE CLEAN

20.  A-I POWERED ROUTING

21.  OMNY 'TAP+GO' MACHINES CRASH.
     BESIDES THE UNLIMITED MONTHLY,
     YOU HAVE TO REPLACE IT. IT'S UNSUSTAINABLE.

22.  LOWER FARE EVASION TICKETS TO $25⁰⁰.

23.  RAILROAD DAY, WEEKLY, UNLIMITED PASSES
     FOR ALL MTA TRANSIT (FERRIES, BUS ...)
     SAME PRICE AS STATED IN POINTS 2 & 3.

24.  Subways EQUIPPED WITH AUTOMATIC CONTROL,
     ADVANCED BREAKING, CONTINUOUS TRACK
             SP
     MONITORING ENSURING SAFETY AT HIGH SPEEDS.
                                              SP.

PAGE 6A

FACTS

# L POWERS VS. MTA / DSS
## COMPLAINT
### April, 2026

\* <u>**First Amendment Violations (Commercial Speech; Free Speech)**</u>:

1 • MTA <u>Misled and Deceived</u> Public In <u>November-December 2025 to January 2026</u> <u>OMNY Transfer</u> 'Transit Payment System' <u>Signage & Commercial Speech Campaigns</u>:

(Online Videos, Subway Poster Ads, Public Announcements) From 30 Yr Old Metrocard.

2 • MTA <u>Suppresses OMNY User/Public's Criticism</u>.

3 • MTA OMNY's Misleading & Deceptive <u>Ads Achieve A Government Interest</u>

And <u>Defraud Citizens.</u>

4 • MTA <u>Failed to Fully Disclose OMNY System Limitations</u> in Forced OMNY Transfer

5 • MTA Misleading and Deceptive OMNY Ads Embody <u>False Advertising</u>

6 • MTA OMNY Ads Involved "<u>Bait & Switch</u>" <u>Marketing</u>.

7 • <u>MTA Promised To Fix OMNY Complaints (By January 2026) Per A 2025 Public</u> <u>Survey Showing The Majority Struggled With OMNY And They [MTA] Did Not.</u>

8 • MTA Acted as a State Actor <u>Engaged in Viewpoint Discrimination</u>: Regulated   Their Speaker's [MTA's] Perspective And <u>Restricted Public's Truthful Discourse</u>.

\*\*\* Instead, MTA <u>Increased Subway + Bus Fares To $3</u>; Imposed Crazy-<u>Impossible Time Constraints On LIRR Paid Tickets With</u> An <u>$8 On Train</u> <u>Activation Fee</u>; <u>Fined & Jailed</u> MTA Bus/Subway Riders (Mainly The Poor) $150 for "Fare Evasion (F.E.) "; MTA <u>Made Lame Excuses</u> For **Not Incorporating** <u>A</u> <u>Reliable, OMNY Unlimited Transit Payment Option; OMNY Is Dysfunctional.</u>

FACTS

# L POWERS VS. MTA / DSS
## COMPLAINT
### April, 2026

## * Fourteenth Amendment Violations (Equal Protection; Due Process):

1 • DSS "Fair Fares Program" (A Discounted MTA Fares for Poor, Disabled, & Seniors) Rendered Discriminatory Access Challenges Of MTA Services And Accessibility In The MTA Forced OMNY Payment Card Transfer.

2 • DSS "Fair Fares Program" Bus & Subway Riders were Met With Deceptive Commercial Practices And Misrepresented Service Costs And Accessibility.

3a • MTA OMNY Lacks Transparency & Due Process in Fares: Riders Cannot See Balances Immediately to Pay or Dispute a Charge on the OMNY System. OMNY Readers Fail To Show Balances, Fare Cap Status, Or Verify If A Transfer Was Free – a Stark Contrast to Information Provided on Older MetroCard Turnstiles

3b • MTA OMNY Riders Double or Triple Charged Deprived $$$ Without Adequate Notice or Opportunity To Contest Charges: Lacked Procedural Due Process.

3c • MTA Subway Booth & Bus Staff Deer-In-Headlights Re: OMNY Overcharges; Inadequate OMNY Machines: Lacked Procedural Due Process [PDP]

3d • MTA OMNY Support Included Long Phone Wait Times: Lacked PDP.

3e • MTA OMNY Signage Caused Riders to Commit Fare Evasion With Risk For Obtaining Fines & Going To Jail: Violation Procedural Due Process.

3f • MTA OMNY Signage and Fare Capping System Were Created To Intentionally Garnish Extra Funds From Riders: Violation Procedural Due Process.

FACTS

# L POWERS VS. MTA / DSS
## COMPLAINT
### April, 2026

## * Fourth Amendment Violations And Risks:

1 • MTA OMNY System Collects Data; Tracks Location, Date, Time of Every Tap; Allows MTA to Map Riders Movements (Surveillance).

2 • MTA OMNY Can Lead to Unreasonable Searches; Collection of Private Information

## *Violations of Federal Statutory Rights
## (Data Privacy; Warrantless Tracking):

1 • MTA OMNY Collects Riders Data Without Explicit Opt-In Consent.

2 • MTA OMNY Records Precisely When, Where, By What Device Riders Enter System; also against Federal Law (42 U.S.C. § 1983) On Privacy and Tracking.

3 • MTA OMNY Policies Allow OMNY Data To Be Shared With Law Enforcement While It Is Improperly Secured And Shared.

## * Federal Trade Commission Act Violations:

1 • MTA Failed Disclose OMNY's Passive Tapping Can Lead Unexpected Charges.

2 • MTA Failed to Properly Disclose Loss of Specific Fare Structures (the Unlimited Monthly & Daily Payment Options) Which Can Lead To Fare Evasion; Doing Important Things Less, Losses Of Freedom, Peace Mind, Control, Quality Life.

3 • MTA & DSS Failed to Disclose Technical, Billing, Calculating OMNY Issues, Which Can Lead To Fare Evasion, Stress & Heart Attacks.

4

FACTS

# L POWERS VS. MTA / DSS
## COMPLAINT
### April, 2026

## * MTA Violates MTA's Advertising Policy
## On Commercial Misrepresentation:

1 • MTA OMNY's Simplistic Signage or Marketing (including Simplistic *Sesame Street Campaigns*) Failed To Clearly Disclose The Terms Of The 2026 Transfer Eligibility. MTA's Own Advertising Guidelines Prohibits Such Misleading, Deceptive Advertisements. MTA is Accused Of All The Above To Trick The Remaining Public To Transfer To A NEW MTA OMNY Transit Payment System.

## * False Advertising Act Violations:

1 • **N.Y. Gen. Bus. Law § 350** Declares False Advertising in Any New York State Business, Trade, or Service Unlawful. This includes MTA OMNY Misleading, Deceptive, or Untrue Ads (in Print, Broadcast, or Digital Media) and Applies To Both Its' Goods and Services Offered To Consumers/Riders In New York State.

2 • The Transfer To OMNY Has Been Marked By Online Reddit Platform Claims Of "Extra Charges", Failure to Display Fare Cap Status Accurately, & More While New York City Bar States False Advertising Per **N.Y. Gen. Bus. Law § 350** Includes Failure To Disclose Information About A Product (Like MTA (the Seller) Charging A Higher Price Than Advertised (e.g., Failing To Cap Fares Properly).

**FACTS**

# L POWERS VS. MTA / DSS
## COMPLAINT
### April, 2026

### <u>Fraud:</u>

1 • MTA <u>Intentionally Deceived Poor, Economically Disadvantaged Riders, Students, Tourists And The Public</u> Who Were Forced To Use OMNY By January 1, 2026, And Onward Whose Actual Reliance On MTA Transit (Subways, Local & Express Buses, LIRR, SIR, Metro-North Railroad, AirTrain, Etc) <u>Resulted In Harm</u> Like Fare Evading.

### \* <u>Consumer Protection Violations:</u>

1 • MTA OMNY & DSS <u>"Fair Fares Program" Violated Fair Consumer Practices</u>.

2 • MTA OMNY <u>'Fare Capping Policy' Misled and Deceived</u>; It Deprived Money Without Proper Process And Gave Those EXTRA Funds To MTA.

3 • MTA OMNY Engaged In <u>Deceptive Billing Practices</u>.

4 • MTA's <u>Aggressive Marketing Forced MTA Riders</u> (At The End Of 2025) <u>To Use MTA's New OMNY System</u> (Had No Choice) That Had Documented Glitches The Vulnerable Public Didn't Know About: Technical, Billing, Calculating Issues.

5 • Many Riders <u>Didn't Know OMNY Didn't Include The Monthly Unlimited Option</u>.

6 • Many Riders Have Been Holding Out For Months for Unlimited Monthly Transit Payment Option in 2026; Instead, MTA Has Only Ignored & Gaslit The Public.

FACTS

# L POWERS VS. MTA / DSS
## COMPLAINT
### April, 2026

**\* Americans with Disabilities Act (ADA) Violations:**

**\* MTA-DSS OMNY Access Issues:**

*Civil Rights Law Prohibits Discrimination Against Individuals With Disabilities & Ensures Equal Access To Public Services And Accommodations*

1 • **MTA OMNY Payment Machines** Were **Often Dysfunctional or Broken** At Various Stations And On Buses. These Malfunctions Disproportionately Affected Individuals With Disabilities & Those Without Access to Smartphones (Some Still Use Flip Phones); It **Violated the Americans with Disabilities Act (ADA)-- Section 504 of the Rehabilitation Act**–Requiring Equal Access Public Services

2 • **Removal of the Old, Established, Reliable, Accessible Payment Methods** (like Metrocard's **Unlimited Monthly Payment Option** 2025 *In Favor of OMNY– 2026*) **Created Unwarranted Barriers for Disabled Persons**. It **Violated the Americans with Disabilities Act (ADA)--Section 504 of the Rehabilitation Act**–Requiring Federally Funded Agencies like MTA To Make **Reasonable Modifications** To Policies, Practices, or Procedures To Avoid Discrimination.

3 • **Footnote:** Everyone Was Affected By OMNY: Tourists, Students, Elderly, General Public At Large. MTA Operates The Largest Transportation Network Of Subways, Bus Fleet, Railroads in North America, Serving 12 Counties in New York and 2 in Connecticut, and the Largest Number Of Subways In The World.

FACTS

# L POWERS VS. MTA / DSS
## COMPLAINT
### April, 2026

**\* Civil Rights Act of 1964 Title VI, codified at 42 U.S.C. § 2000d et seq.**

*Title VI Prohibits "Intentional Discrimination" & "Practices That Have A Discriminatory Effect" – Like MTA Misleading, Deceiving, False Advertising — Based on Race, Color, National Origin – In Any Program Or Activity Receiving Federal Financial Assistance (e.g. MTA: Grants, Loans, Contracts).*

1 • Concerns in 2025 Indicated The Transition From MetroCards "Swipe" to the OMNY "Tap-And-Go" System Had Issues That Violated Federal Protections, Per All Of The Above. As Of Early 2026, MTA OMNY System Faced Significant Criticism Regarding Technical Malfunctions, Billing Discrepancies, Violations Of Passenger Rights, Inequity In Access (ADA Equal Protection & Title VI Civil Rights). Reports Also Indicated MTA Advertising And Service Changes Disproportionately Affected Lower-Income.

8

FACTS

# L POWERS VS. MTA / DSS
# COMPLAINT
## April, 2026





1



9

FACTS: THIS 2026, THEY PULLED ONLY ME OFF AN ALL BLACK PACKED BUS.
JP



10

FACTS                                                                    REDDIT

Skip to main content                    ✕                                        Log In

2 more replies ∨

 **Donghoon** · 23d ago

were you charged for the trips a few days before? are you sure these aren't delayed charges?

⬆ 2 ⬇

 **mine248** · 23d ago

Looks like the bilt app. Try seeing what the Wells Fargo banking system is saying, as there might be a time lag between when the two system reconciles differences

⬆ 3 ⬇

√  **helikophis** · 20d ago

God this is a fiasco

⬆ 3 ⬇

√  **AppointmentVisual285** · 19d ago

Started the process today :) Sent the Claim Letter. They have 30 days or less to respond. Hoping they give us the Unlimited Payment Option For Free Without Going To Court. Fingers Crossed. We'll See.

⊖ ⬆ 3 ⬇

 **artminor** OP · 19d ago

Just the sheer amount of people sharing similar experiences of being overcharged makes me feel like being so many are robbed by the OMNY system and have to jump through so many hoops to get our own money back. I'm also not understanding how a it's such a bad experience with MTA having a budget of over $21 billion a year. To put 21 billion to perspective, that's enough to cover 4 year tuition for every single university age student in NYC (rounding up to 600,000 students) if they were attending CUNY...

⬆ 3 ⬇

1 more reply ∨

 u/ClickUp_App · Promoted                                        •••

If your work lives in 6 tools, this replaces them.

( Learn More )                              clickup.com

 **AppointmentVisual285** · 22d ago

FACTS

REDDIT



☰        Q     r/OMNY ✕ ₁ Search in r/OMNY                    Log In    •••

---

 **r/OMNY** • 4mo ago
Pitiful_Country_9652                                                                        •••

✓  ## OMNY is Egregiously Overcharging

I am new to NYC, having moved here for college, and in the last 2 months, I have been charged $418.50 to ride the subway! I always use the same card in my mobile wallet, which, according to OMNY, means I should have been charged only $272 over 8 weeks ($34 cap per week * 8 weeks). But no!

OMNY, please explain to me how you thought I wouldn't notice your egregious overcharge of $146.50????

Is there something I can do about this, or should I just start hopping the subway like everyone else?

Edit: Am I misunderstanding these instructions?: https://omny.info/fares

⇧ 452 ⇩ · ◯ 124

---

✓  **trifocaldebacle** • 4mo ago
We desperately need a class action lawsuit against them and the horrible vendor they chose
⊖  ⇧ 79 ⇩

> **secretactorian** • 4mo ago
> If folks started submitting complaints to the AG's office, I bet Letitia would be all over this.
> ⊖  ⇧ 30 ⇩
>
> > **obarillas** • 4mo ago
> > How do you do that ? Online ?
> > ⊖  ⇧ 8 ⇩
> >
> > >  **cupskirani** • 4mo ago
> > > We had a payment system that worked great - metrocards. They keep talking of how the MTA does not have enough money. Then they spend the little money they have - not on improving the service - but on a pointlessly complicated and opaque payment system. And we the people who use this system have no choice at all. Make it make sense.
> > > ⊖  ⇧ 5 ⇩
> > >
> > > > ⊕  [deleted] • 4mo ago
> > > > **RevolutionaryYear741** • 4mo ago
> > > > EXACTLY
> > > > ⇧ 1 ⇩
> > >
> > > 3 more replies ⌄

2 more replies ⌄

12

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| April 28, 2026 | | *S Powers* |
|---|---|---|
| Dated | | Plaintiff's Signature |
| L | | Powers |
| First Name | Middle Initial | Last Name |
| 40 Ann Street | | |
| Street Address | | |
| N.Y.C. | | New York        10038 |
| County, City | | State        Zip Code |
| 646 -787 -6904 | | Maverick.Powers.10@gmail.com |
| Telephone Number | | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes    ☐ No

    If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.