MORE COMPLAINT:  L POWERS  VS  MTA & DSS

Jurisdiction:  Have A Criminal Court Hearing For Fare Theft On April 30, 2026 at 9:30am
Continued    Case Number:  4449182395.  Re: **New York Penal Law § 165.15**,
**"Theft of Services"**

Lost Police Ticket In Scary Situation.  No Miranda Rights Read To Me.  Four Police After
12 am.  I Stated To Police That In My Notice Of Claim Letter To MTA & DSS That I
Am Forced To Crawl Under Turnstiles After Midnight Because Fair Fares Didn't Work
And Lawsuit Pending.

MTA Promised An Unlimited Monthly Payment Option In 2025 .. MTA Didn't Uphold
Words. MTA OMNY NE Payment Form Is Unreliable, Harmful, A Money Grab Scheme.
Its' Surveillance Works Well Though.  Waited March -April MTA Board Meetings For
Change. Was Writing This Lawsuit, Obviously As It Is Comprehensive.
Told This To Unyielding Police Who Never Said I Am Going To Give You A Ticket, A
Warning.  They Were Called On Purpose To Hurt Me For Suing For Fare Evasion
 Caused By MTA And DSS.

AM Sure I Was Targeted Specifically.  MTA Time Square Subway Booth Attendant
Let Black Men Go Through The Turnstiles Before Me That Night.  She Literally Looked
Scared When I Looked At Her And The Camera And Saw She Called The Police. That
Doesn't Happen Like That.  And Time Square Police Are Very Calm, Nice. These Police
Came From Columbus Circle, Not 34th Street. These 4 Police Never Took Out A Fine
Book. They Never Said Their Intentions And Circled Me And Brought A Female Cop,
Also Unusual At Time Square At That Hour. I Took Video After I Was set Free From The
Cum Stained, Dirty, Smelly Jail Cell Where I Was Strip Searched Again In My Privates.

Have No Criminal History.  Never Did Drugs, Smoked Anything.  Verrry Good Human.

## MORE COMPLAINT:  L POWERS  VS  MTA & DSS

Relief Continued:

22. Special Garbage Bags Since Garbage Caused Many Subway Fires
and Subway Bathrooms Need Them.

23. Senior Discount Card:  Can Make Them 60 And Above. Provide Them For
Same Numbers Mentioned In My Previous Fair Fares Relief Point.

24. Create A Military And Not Poor Disabled Card For The Same Numbers
In My Previous Fair Fares Relief Point. Good Incentive For Fares To Be Paid.

25. Correction On Color Of Roach: Make Him "Like" Gold Plated.  The Lipstick Would
Be Outlined In Black.  The Student Card I Was Thinking Less McDonalds Colors,
So Would Find A Happy Warm Fuzzy Soft Purple.

26. Would Like To Offer Options To Replace OMNY All Together. It Is Necessary.

27.  Have Merchandise Ideas To Generate Revenue

28. Relief Is For *More Than* (to say the least) Egregious Behavior.


Thank-You,

L Powers, Plaintiff